## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

Julian D. Owens,                               )          C/A No. 3:18-547-DCC-PJG
                                               )
                    Plaintiff,                 )
                                               )
v.                                             )                **ORDER**
                                               )
University of South Carolina; Harris Pastides; )
Michael Amiridis, Lacy Ford; Murray Mitchell; )
Lillian Smith; Ken Watson; Ed Frogillo; Heather )
Brandt; Katrin Waslsemann; Jim Thrasher; Ruth )
Saunders; G. Tom Chandler; United States )
Department of Education Office of Civil Rights; )
Samantha Shofar; David Hensel; United States )
Department of Education Office of Post- )
Secondary Education; Council of Education of )
Public Health,                                 )
                                               )
                    Defendants.                )
_____        )

        This is a civil action filed by *pro se* plaintiff.  Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. On April 6, 2018, the court issued an order authorizing issuance and service of process on Defendants Mitchell, Smith, and Waslsemann.  (ECF No. 20.)  In that order, under the heading "Construction of the Pleading," the court, following initial screening pursuant to applicable law, listed the claims it construed as raised by the Plaintiff in the Complaint.

        Counsel has now entered an appearance for one or more named defendants.  The court directs *each legal representative entering an appearance in this matter on behalf of any defendant* to certify that the court's order authorizing service of process has been received and that the Plaintiff's claims as construed by the court have been reviewed by completing the attached  "Defendant's Certification" and filing it with the court within seven (7) days from the date of this order.  If *any party* disagrees with the court's construction of the Plaintiff's claims, he or she may file an appropriate motion with the court within seven (7) days from the date of this order.

        **IT IS SO ORDERED**.

                                                s/Paige J. Gossett_____
May 4, 2018                                     Paige J. Gossett
Columbia, South Carolina                        UNITED STATES MAGISTRATE JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Julian D. Owens, | ) | C/A No. 3:18-547-DCC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S CERTIFICATION** |
| | ) | |
| University of South Carolina; Harris Pastides; | ) | |
| Michael Amiridis, Lacy Ford; Murray Mitchell; | ) | |
| Lillian Smith; Ken Watson; Ed Frogillo; Heather | ) | |
| Brandt; Katrin Waslsemann; Jim Thrasher; Ruth | ) | |
| Saunders; G. Tom Chandler; United States | ) | |
| Department of Education Office of Civil Rights; | ) | |
| Samantha Shofar; David Hensel; United States | ) | |
| Department of Education Office of Post- | ) | |
| Secondary Education; Council of Education of | ) | |
| Public Health, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## Defendant's Certification

    I, _____ *(print name)*, hereby certify that I have received the order authorizing issuance and service of process in this case and have reviewed the court's construction of the pleading.

_____
*Signature of party or legal representative*

_____
*Date*